**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-1683

AZIZOLLAH ABRISHAMIAN,

Plaintiff - Appellant,

versus

WILLIAM M. DALEY, Secretary, U.S. Department
of Commerce; UNITED STATES DEPARTMENT OF
COMMERCE,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Benson Everett Legg, Chief District Judge.
(CA-00-2746-L)

Submitted: November 4, 2004        Decided: November 15, 2004

Before WILKINSON, MOTZ, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Azizollah Abrishamian, Appellant Pro Se.  Larry David Adams,
Assistant United States Attorney, Baltimore, Maryland, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Azizollah Abrishamian appeals from the district court's final order dismissing his civil action alleging employment discrimination. The order also denied Abrishamian's motion to reconsider an earlier order denying all but one of his claims.

We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Abrishamian v. Daley, No. CA-00-2746-L (D. Md. Mar. 26, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED